IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTINA METCALF**                                                                    **PLAINTIFF**

**v.**

Case No. 3:15-CV-00139-KGB/JTK

**INMATE SERVICES CORPORATION and**
**JAMES WILLIAMS**                                                                         **DEFENDANTS**

## ORDER

Before this Court is a joint motion to dismiss with prejudice this case (Dkt. No. 14). According to the motion, the parties have settled this matter. Therefore, this Court grants the motion to dismiss with prejudice plaintiff Christina Metcalf's cause of action against defendants Inmate Services Corporation and James Williams.

It is so ordered this 9th day of November, 2015.

_____
Kristine G. Baker
United States District Court Judge